No. 572

First Circuit

LOWERY v. JACUZZO

(March 5, 1930. Opinion and Decree.)

.C. A. Blanchard, of Morgan City, attorney for plaintiff, appellee.

Harris Gagne, of Houma, attorney for defendant, appellant.

MOUTON, J. After a careful consideration of this case, we find, that in furtherance of justice it should be remanded for a new trial.

It is therefore ordered, adjudged, and decreed, that the judgment appealed from be avoided, annulled and reversed; and, that this case be and is hereby remanded for a new trial. Appellee to pay the cost of this appeal.

LECHE, J., not participating.